UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP G. DUSSETT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-12663** |
| **DARRYL VANNOY, WARDEN** | **SECTION "J"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 17), and the objections by the Petitioner, Phillip Dusset (Rec. Doc. 18), which are hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Phillip G. Dussett, Jr.'s petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of June, 2018.

_____
**UNITED STATES DISTRICT JUDGE**